KATE ARNETT, EXECUTRIX, &c., APPELLANT, v. NEWTON A. K. BUGBEE, STATE COMPTROLLER, RESPONDENT.

Argued June 27, 1923—Decided December 4, 1923.

On appeal from the Supreme Court, whose opinion is reported in 98 *N. J. L.* 416.

For the appellant, *Walter F. Hayhurst.*

For the respondent, *Thomas F. McCran.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Black in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, TRENCHARD, PARKER, MINTURN, HEPPENHEIMER, GARDNER, ACKERSON, VAN BUSKIRK, JJ.   9.

*For reversal*—None.